# EXHIBIT G

ha ha



**Jessi, 9:21 AM**

Doooo it!!

ok just chatted with ryan

9:21 AM

nice!



**Jessi, 9:22 AM**

he is going to get with the boys doesn't see an issue just hopes debra doesn't create any noise like we all hope so just need to make that break as clean as possible lol

 👍

he said he will message me after he talks to the boys but really doesn't see an issue

✅

9:22 AM


**Jessi,** 9:23 AM

he had already had a brief convo with andrew after he and I spoke



9:25 AM

i wonder what andrew thinks!

that is great!

how do you feel?


**Jessi,** 9:26 AM

yeah so great!

I told him I would email them after confirmed to set up a call and let's go!




Jessi, 9:26 AM

we need to get some sales going! lol

 👍

he already text me back they are good to go! Andrew was like great hopefully things can move faster now. So let's giddy up and go!

 😂

Andrew said his only 3 points to address and make sure all good are policies and procedures, DCI pricing, and not having issues competing with Debra,

 ✅

I said none of those should be an issue.

 👍

**BSA AML Policy edits ...**
47 KB Download Complete

[W] MS Word

Open

Do you want to take a look at that so we can rebrand it and send to the boys and see if this is something what they are looking for before we send them more?

9:53 AM

since there is no agreement with any party we should be good with competing.

yes i will take a look!

 



Jessi, 9:56 AM

I think so too! no one wants any drama that's for sure LOL!

9:56 AM

ha ha right?!

need to reach out to kem about the bank account.

She just skyped me



Jessi, 9:58 AM



**Jessi,** 10:58 AM

Awww that's so awesome! 

11:49 AM

I used this information when making decks for debra to present to banks in the past.https://nativefinance.org/best-practices/

**Best Practices**
https://nativefinance.org



**Jessi,** 1:10 PM

yep those and the OLA ones are always good! 

1:11 PM

for sure!  finishing up reviewing the one you sent over.

it looks good so far



**Jessi,** 1:12 PM

going to send a message to the chat to chat around 530 my time since i need to get a few things done before my 430. is that cool? 

and yay awesome! 





Jackie Webb <jackie@integritypaymentsgroup.com>

## Slack
4 messages

**Chris Bornheimer** <ChrisB@bankoforrick.com>  Fri, Apr 7, 2023 at 9:49 AM
To: Andrew Hansen <andrew@bankoforrick.com>, Jackie Webb <jackie@integritypaymentsgroup.com>, Sallie Dwyer <jessi@boostservicing.com>

Can't create a slack group with outside email addresses unless we purchase a different license.  We'll see if that makes sense or we want to use another program.

To: Andrew Hansen, jackie, Jessi Lorenzo

On the free plan, Slack Connect DMs are currently limited to one-on-one conversations. Need to work as a team? Learn more about Slack Connect channels

Chris Bornheimer

CEO/President



113 East South Front St.

PO Box 199

Orrick, MO  64077

816-770-3311

816-550-5513 (mobile)

816-770-2664 (Fax)

chrisb@bankoforrick.com

This email communication, including attachments, is covered by the CONFIDENTIALITY NOTICE: Electronics Communications Privacy Act, 18 U.S.C. 2510-2521. This communication is confidential, and may be legally privileged. If you are not the intended recipient or believe that you have received this communication in error, please reply to this sender indicating that fact and delete the copy you have received. In addition, retention, dissemination, distribution,

copying, or otherwise use of the information contained in this communication is strictly prohibited. Thank You.

---

**jessi@boostservicing.com** <jessi@boostservicing.com>   Fri, Apr 7, 2023 at 9:55 AM
To: Chris Bornheimer <ChrisB@bankoforrick.com>, Andrew Hansen <andrew@bankoforrick.com>, Jackie Webb <jackie@integritypaymentsgroup.com>

What about Slack the free version- us girls are on that already😊

---

**From:** Chris Bornheimer <ChrisB@bankoforrick.com>
**Sent:** Friday, April 7, 2023 10:49 AM
**To:** Andrew Hansen <andrew@bankoforrick.com>; Jackie Webb <jackie@integritypaymentsgroup.com>; Sallie Dwyer <jessi@boostservicing.com>
**Subject:** Slack

Can't create a slack group with outside email addresses unless we purchase a different license.  We'll see if that makes sense or we want to use another program.



Chris Bornheimer

CEO/President

113 East South Front St.

PO Box 199

Orrick, MO  64077

816-770-3311

816-550-5513 (mobile)

816-770-2664 (Fax)

chrisb@bankoforrick.com

This email communication, including attachments, is covered by the CONFIDENTIALITY NOTICE: Electronics Communications Privacy Act, 18 U.S.C. 2510-2521. This communication is confidential, and may be legally privileged. If you are not the intended recipient or believe that you have received this communication in error, please reply to this sender indicating that fact and delete the copy you have received. In addition, retention, dissemination, distribution, copying, or otherwise use of the information contained in this communication is strictly prohibited. Thank You.

---

**jessi@boostservicing.com** <jessi@boostservicing.com>  Fri, Apr 7, 2023 at 10:12 AM
To: Chris Bornheimer <ChrisB@bankoforrick.com>, Andrew Hansen <andrew@bankoforrick.com>, Jackie Webb <jackie@integritypaymentsgroup.com>

Omg I mean Skype 

[Quoted text hidden]

---

**Jackie Webb** <jackie@integritypaymentsgroup.com>  Thu, May 4, 2023 at 9:31 PM
To: Debra LeJeune <debra@integritypaymentsgroup.com>

?

[Quoted text hidden]